Date: 6/14/2022

Kinsey & Kinsey, Inc.
Balance Sheet
As Of 5/31/2022
For All Main Accounts
For All Divisions

|  | Current YTD |
|---|---|
| **Assets** | |
| **Current Assets** | |
| **Cash** | |
| Cash in Checking | $17,953.44 |
| Total Cash | $17,953.44 |
| **Short-Term Investments** | |
| Total Short-Term Investments | $0.00 |
| **Accounts Receivable** | |
| Accounts Receivable | $726,972.97 |
| Dues From Officers - DK | 579.91 |
| Total Accounts Receivable | $727,552.88 |
| **Notes Receivable** | |
| Total Notes Receivable | $0.00 |
| **Inventory** | |
| Inventory | ($0.01) |
| Total Inventory | ($0.01) |
| **Work in Process** | |
| Work In Progress | $82,875.00 |
| WIP Ho-Chunk | 0.00 |
| Total Work in Process | $82,875.00 |
| **Prepaid Expenses** | |
| Prepaid Expense | $17,792.00 |
| Prepaid State Income Tax | 11,916.00 |
| Total Prepaid Expenses | $29,708.00 |
| **Total Current Assets** | $858,089.31 |
| **Long-Term Investments** | |
| Total Long-Term Investments | $0.00 |
| **Property, Plant and Equipment** | |
| Fixed Assets | $162,122.56 |

|  | Current YTD |
|---|---:|
| Total Property, Plant and Equipment | $162,122.56 |
| **Accumulated Depreciation** | |
| Accumulated Depreciation | $121,508.02 |
| Total Accumulated Depreciation | $121,508.02 |
| **Intangible Assets** | |
| Total Intangible Assets | $0.00 |
| **Other Assets** | |
| Goodwill | $1,006,050.00 |
| Accumulated Amortization | (1,006,050.00) |
| Total Other Assets | $0.00 |
| Total Assets | $898,703.85 |

Date: 6/14/2022 Case 22-06775 Doc 4 Filed 06/16/22 Entered 06/16/22 13:50:36 Desc Main
Kinsey & Kinsey, Inc. Document Page 3 of 8
Balance Sheet
As Of 5/31/2022
For All Main Accounts
For All Divisions

|  | Current YTD |
|---|---|
| **Liabilities and Equity** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
|   Accounts Payable | $87,994.55 |
|   Total Accounts Payable | $87,994.55 |
| **Notes Payable** | |
|   Bank Credit Line | $295,419.76 |
|   SBA Loan Payable | 200,000.00 |
|   Notes Payable-2012 Audi Loan | 99.61 |
|   Notes Payable Dan's car 2020 Audi/2016 Mercedes | 32,862.76 |
|   Total Notes Payable | $528,382.13 |
| **Current Maturities of Long-Term Debt** | |
|   Current Portion Long Term Debt | $11,500.55 |
|   Total Current Maturities of Long-Term Debt | $11,500.55 |
| **Taxes Payable** | |
|   IL Sales Tax Payable | $124.17 |
|   Total Taxes Payable | $124.17 |
| **Interest Payable** | |
|   Accrued Interest | $910.73 |
|   Total Interest Payable | $910.73 |
| **Dividends Payable** | |
|   Total Dividends Payable | $0.00 |
| **Leases Payable (Current)** | |
|   Total Leases Payable (Current) | $0.00 |
| **Sinking Fund Payable (Current)** | |
|   Total Sinking Fund Payable (Current) | $0.00 |
| **Other Current Liabilities** | |
|   Accrued Wages | $39,372.00 |
|   Amounts Due Officers--DK | (33.65) |

|  | Current YTD |
|---|---|
| Amounts Due Officers--BK | 314,389.92 |
| Deferred Compensation-Life Insurance | (2,856.00) |
| Accrued Service Contracts (K) | 260,761.25 |
| Total Other Current Liabilities | $611,633.52 |
| Total Current Liabilities | $1,240,545.65 |
| **Long-Term Debt** | |
| Less: Current Portion Long Term Debt | ($11,500.55) |
| Total Long-Term Debt | ($11,500.55) |
| Total Liabilities | $1,229,045.10 |
| **Common Stock** | |
| Common Stock | $1,000.00 |
| Paid in Capital | 1,900.00 |
| Total Common Stock | $2,900.00 |
| **Preferred Stock** | |
| Total Preferred Stock | $0.00 |
| **Additional Paid-in Capital - Common** | |
| Total Additional Paid-in Capital - Common | $0.00 |
| **Additional Paid-in Capital - Preferred** | |
| Total Additional Paid-in Capital - Preferred | $0.00 |
| **Treasury Stock** | |
| Total Treasury Stock | $0.00 |
| **Common Dividends** | |
| Total Common Dividends | $0.00 |
| **Preferred Dividends** | |
| Total Preferred Dividends | $0.00 |
| **Retained Earnings** | |
| Retained Earnings | $164,957.65 |

Kinsey & Kinsey, Inc
Balance Sheet
As Of 5/31/2022
For All Main Accounts
For All Divisions

|  | Current YTD |
|---|---|
| Total Retained Earnings | $164,957.65 |
| Net Profit/(Loss) | ($498,198.90) |
| Total Equity | ($330,341.24) |
| Total Liabilities and Equity | $898,703.85 |

Kinsey & Kinsey, Inc.
Income Statement
For 1/1/2022 To 5/31/2022
For All Main Accounts
For All Divisions

|  | Current Period | Current YTD | 2021 History | 2021 YTD |
|---|---:|---:|---:|---:|
| **Sales** | | | | |
| Software Sales - OSAS | $0.00 | $1,098.00 | $0.00 | $0.00 |
| Software Sales - Machensoft | 0.00 | 0.00 | 0.00 | 25,580.00 |
| Software Sales - MGP | 0.00 | 0.00 | 0.00 | 3,000.00 |
| Hardware Sales - Other | 0.00 | 265.00 | 0.00 | 0.00 |
| Programming Services | 1,275.00 | 4,830.00 | 3,037.50 | 9,412.50 |
| Lawson Consulting Services | 60,056.00 | 325,553.51 | 155,570.00 | 857,241.80 |
| MachenSoft Consulting Services | 3,787.50 | 6,722.50 | 2,475.00 | 3,531.25 |
| MGP Consulting Services | 6,126.25 | 60,095.00 | 9,937.50 | 54,537.50 |
| Subcont Services - Lawson | (76,250.50) | 340,657.35 | 174,585.00 | 916,023.75 |
| Subcont Services - MGP | 0.00 | 587.50 | 0.00 | 0.00 |
| Software Maintenance - Machensoft | 64,839.00 | 111,139.00 | 80,839.00 | 195,639.00 |
| Software Maintenance - MGP | 690.18 | 6,159.82 | 339.00 | 2,551.27 |
| **Gross Sales** | **$60,523.43** | **$857,107.68** | **$426,783.00** | **$2,067,517.07** |
| **Sales Returns and Discounts** | | | | |
| Total Sales Returns and Discounts | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Sales** | **$60,523.43** | **$857,107.68** | **$426,783.00** | **$2,067,517.07** |
| **Cost of Goods Sold** | | | | |
| Cost of Software - OSAS | $0.00 | $988.20 | $0.00 | $0.00 |
| Cost of Software - MGP | 0.00 | 0.00 | 0.00 | 2,280.00 |
| Cost of Hardware | 0.00 | 154.66 | 0.00 | 0.00 |
| Subcont Services - Lawson | 64,133.54 | 362,531.04 | 137,837.50 | 892,255.80 |
| Subcont Services - MGP | 0.00 | 350.00 | 0.00 | 0.00 |
| Cost of Soft. Maint. -MGP | 339.15 | 339.15 | 339.15 | 939.15 |
| Commission Expense-Machensoft | 0.00 | 33,797.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | **$64,472.69** | **$398,160.05** | **$138,176.65** | **$895,474.95** |
| **Gross Profit On Sales** | **($3,949.26)** | **$458,947.63** | **$288,606.35** | **$1,172,042.12** |
| **Operating Expenses** | | | | |
| **Selling Expense** | | | | |
| Marketing | $167.47 | $6,886.63 | $564.03 | $9,423.55 |
| Marketing - Lawson | 0.00 | 0.00 | 0.00 | 6,000.00 |
| Demo Software - Lawson | 0.00 | 1,579.66 | 0.00 | 2,823.57 |
| Entertainment Expense | 0.00 | 44.50 | 0.00 | 0.00 |
| **Total Selling Expense** | **$167.47** | **$8,510.79** | **$564.03** | **$18,247.12** |
| **Administrative Expense** | | | | |
| Accounting Fees | $0.00 | $75.00 | $2,715.00 | $2,715.00 |
| Bad Debts | 0.00 | 4,437.35 | 0.00 | 0.00 |

Kinsey, Inc.
Income Statement
For 1/1/2022 To 5/31/2022
For All Main Accounts
For All Divisions

|  | Current Period | Current YTD | 2021 History | 2021 YTD |
|---|---:|---:|---:|---:|
| Bank Fees | 174.11 | 1,032.82 | 130.80 | 698.02 |
| Disability Insurance | 211.42 | 1,059.94 | 212.24 | 1,068.65 |
| Health Insurance | 10,137.79 | 54,487.91 | 13,237.99 | 69,459.05 |
| Insur Prop, Caslty, W/C | 1,274.88 | 8,576.22 | 0.00 | 4,839.00 |
| Legal Fees | 7,815.50 | 36,246.00 | 0.00 | 8,198.05 |
| Life Insurance, Stock Buyback | 438.23 | 11,891.35 | 439.23 | 21,101.68 |
| Long Term Care Insurance | 0.00 | 6,304.76 | 1,430.44 | 7,152.20 |
| Office Supplies | 322.76 | 1,322.76 | 199.83 | 1,728.85 |
| On-Line Services | 342.98 | 1,851.61 | 444.45 | 1,845.61 |
| On-Line Services - Machensoft | 0.00 | 20.00 | 10.00 | 20.00 |
| Postage | 39.49 | 222.57 | 0.00 | 820.38 |
| Rent | 1,415.29 | 7,076.45 | 1,415.29 | 7,076.45 |
| Subscriptions & Dues | 0.00 | 262.17 | 0.00 | 219.00 |
| Subscription & Dues - Machensoft | 0.00 | 1,207.50 | 0.00 | 650.67 |
| Telephone - Cellular | 364.93 | 2,342.79 | 480.41 | 2,559.77 |
| Telephone - Local | 53.05 | 365.25 | 53.01 | 365.05 |
| Vehicle: Brad's Volvo | 79.00 | 639.98 | 53.74 | 213.60 |
| Vehicle: Dan's AUDI Gas and Expenses | 116.02 | 1,427.41 | 91.19 | 674.92 |
| Total Administrative Expense | $22,785.45 | $140,849.84 | $20,913.62 | $131,405.95 |
| Salaries Expense | | | | |
| Salaries & Bonuses | $18,148.42 | $90,398.90 | $17,610.14 | $88,928.27 |
| Salaries & Bonuses - Lawson | 84,006.57 | 367,888.20 | 111,911.06 | 515,884.79 |
| Salaries - Machensoft | 3,180.42 | 15,898.76 | 2,797.17 | 15,518.85 |
| Salaries-MGP | 28,162.58 | 127,662.57 | 29,996.11 | 140,676.29 |
| Pension Matching - Admin | 544.86 | 2,714.00 | 528.91 | 2,669.64 |
| Pension Matching - Lawson | 2,338.97 | 12,154.88 | 2,752.04 | 14,436.51 |
| Pension Matching - Machensoft | 95.42 | 477.00 | 95.31 | 476.98 |
| Pension Matching-MGP | 833.68 | 4,243.70 | 894.59 | 4,309.64 |
| Total Salaries Expense | $137,310.92 | $621,438.01 | $166,585.33 | $782,900.97 |
| Other Employee Expenses | | | | |
| Sales Consulting Services | $8,168.00 | $40,840.00 | $12,431.16 | $62,155.80 |
| Education Expense - Lawson | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| Total Other Employee Expenses | $8,168.00 | $40,840.00 | $14,931.16 | $64,655.80 |
| Interest Expense | | | | |
| Interest Expense | $1,583.82 | $8,528.48 | $142.17 | $1,345.27 |
| Total Interest Expense | $1,583.82 | $8,528.48 | $142.17 | $1,345.27 |
| Tax Expense | | | | |
| Payroll Taxes & Insurance--Admin | $2,305.43 | $11,639.46 | $2,255.74 | $11,415.98 |
| Payroll Taxes & Insurance--Lawson | 7,758.74 | 74,764.55 | 10,751.04 | 54,298.52 |

Date: 6/14/2022 Case 22-06775    Doc 4    Filed 06/16/22    Entered 06/16/22 13:50:36    Desc Main    Page: 3
Kinsey, Kinsey, Inc.
Document    Page 8 of 8
Income Statement
For 1/1/2022 To 5/31/2022
For All Main Accounts
For All Divisions

|  | Current Period | Current YTD | 2021 History | 2021 YTD |
|---|---:|---:|---:|---:|
| Payroll Taxes & Insurance--Machensoft | 395.50 | 1,996.91 | 777.97 | 2,378.40 |
| Payroll Taxes & Insurance--MGP | 3,096.26 | 28,283.99 | 3,303.59 | 16,493.21 |
| Other Taxes | 0.00 | 294.50 | 82.50 | 305.08 |
| Total Tax Expense | $13,555.93 | $116,979.41 | $17,170.84 | $84,891.19 |
| **Depreciation Expense** | | | | |
| Total Depreciation Expense | $0.00 | $0.00 | $0.00 | $0.00 |
| **Amortization of Intangible Assets** | | | | |
| Amortization Expense | $0.00 | $0.00 | $5,589.16 | $27,945.80 |
| Total Amortization of Intangible Assets | $0.00 | $0.00 | $5,589.16 | $27,945.80 |
| Total Operating Expenses | $183,571.59 | $937,146.53 | $225,896.31 | $1,111,392.10 |
| Net Profit On Sales | ($187,520.85) | ($478,198.90) | $62,710.04 | $60,650.02 |
| **Gain/Loss on Asset Disposal** | | | | |
| Total Gain/Loss on Asset Disposal | $0.00 | $0.00 | $0.00 | $0.00 |
| **Other Income** | | | | |
| Billed Travel - MGP | $0.00 | $0.00 | $209.72 | $209.72 |
| Client Travel - Billing for Expenses | 252.72 | 379.08 | 0.00 | 0.00 |
| Total Other Income | $252.72 | $379.08 | $209.72 | $209.72 |
| **Other Expenses** | | | | |
| Travel - Lawson | $400.00 | $2,000.00 | $1,005.70 | $2,637.10 |
| Travel - MGP | 0.00 | 0.00 | 350.00 | 1,900.08 |
| Client Travel Expense | 252.72 | 379.08 | 0.00 | 0.00 |
| Total Other Expenses | $652.72 | $2,379.08 | $1,355.70 | $4,537.18 |
| Total Other Income And Expenses | ($400.00) | ($2,000.00) | ($1,145.98) | ($4,327.46) |
| Net Income Before Taxes | ($187,920.85) | ($480,198.90) | $61,564.06 | $56,322.56 |
| **Income Tax Expense** | | | | |
| IL Income & Replacement Tax | $0.00 | $18,000.00 | $0.00 | $1,600.00 |
| Total Income Tax Expense | $0.00 | $18,000.00 | $0.00 | $1,600.00 |
| Net Income | ($187,920.85) | ($498,198.90) | $61,564.06 | $54,722.56 |