**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: KINSEY & KINSEY, INC., | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22 BK 6775 <br> ) <br> ) Honorable Carol A. Doyle <br> ) <br> ) Hearing Date: June 30, 2022 <br> ) <br> ) Hearing Time: 10:00 a.m. <br> ) |
| Debtor, | |

**NOTICE OF MOTION**

TO:   See attached Certificate of Service and Service List

**PLEASE TAKE NOTICE** that on June 30, 2022, at 10:00 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present BELLIN MEMORIAL HOSPITAL, INC.'S MOTION TO CONDUCT RULE 2004 EXAMINATIONS OF THE DEBTOR AND ITS TWO OWNERS, BRADLEY KINSEY AND DANIEL KINSEY, a copy of which is attached and is hereby served upon you.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted.

**To appear and be heard on the motion**, you must do the following: To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. This meeting ID and password can also be found on the judge's page on the court web site.

**If you object to this motion** and want it called on the presentment day above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: June 23, 2022                                Respectfully submitted,

*/s/ Daniel R. Brown*
Christopher J. Barber (ARDC # 6192190)
Daniel R. Brown (ARDC #6299184)
Williams & John Ltd.
233 S. Wacker Dr., Ste. 6800
Chicago, IL 60606
Phone: 312.443.3200
Fax: 312.630.8500

*Attorneys for Bellin Memorial Hospital, Inc.*

## CERTIFICATE OF SERVICE

I, Daniel Brown, certify that I caused a copy of the attached document to be served upon the parties listed on the service list below via ECF, email, and regular U.S. Mail on June 23, 2022, as noted on the service list below

Dated: June 23, 2022                                Respectfully submitted,

*/s/ Daniel Brown*
Daniel Brown

**Service List**

| Recipient | Service Method |
| --- | --- |
| Chester H. Foster, Jr.<br>Foster Legal Services, PLLC<br>16311 Byron Drive<br>Orland Park, IL 60462 | ECF |
| Patrick S Layng Office of the U.S. Trustee, Region 11<br>ES.ECF@usdoj.gov | ECF |

| Recipient | Service Method |
|---|---|
| Byline Bank<br>c/o Martin Wasserman<br>Carlson Dash, LLC<br>216 S. Jefferson Street, Suite 504<br>Chicago, IL 60661<br>mwasserman@carlsondash.com, | ECF |
| Small Business Administration<br>c/o Kate O'laughlin<br>409 3rd St. SW, Suite 7211<br>Washington, DC 20416<br>Kate.O'Loughlin@sba.gov | Email |
| Ken Novak<br>Ken Novak & Associates, Inc.<br>3356 Lake Knoll Drive Northbrook, IL 60062<br>(847) 291-7718<br>knovak@kennovakinc.com | Email |
| Kimberly Bacher<br>OFFICE OF THE U.S. TRUSTEE<br>53 Pleasant Street, Suite 2300<br>Concord, NH 03301 | U.S. Mail |
| ABH Technologies, Inc.<br>8961 Gentle Mist Circle<br>Heather Bindbeutel<br>Ooltewah, TN 37363-3000<br>Heather.bindbeutel@abhtechnologies.Com | Email |
| Accurate Office Supply<br>260 Gerzevske Lane<br>Carol Stream, IL 60188-2049 | U.S. Mail |
| Amen Consulting<br>7323 S. Syracuse Street<br>Centennial, CO 80112<br>d.amen@kinsey.com | Email |
| Applesauce Consulting, Ltd.<br>2639 Lee Drive<br>Pleasant View, TN 37146-8028<br>lisa@applesauceconsulting.com | Email |
| Atos Digital Health Solutions, Inc.<br>PO Box 78000 Dept 772066<br>Detroit, MI 48278-1177<br>sean.galt@atos.net | Email |
| Bank of America<br>PO BOX 851001<br>Dallas, TX 75285-1001 | U.S. Mail |

| Recipient | Service Method |
|---|---|
| Bradley Kinsley<br>668 Essex Road<br>Glen Ellyn, IL 60137<br>b.kinsey@kinsey.com | Email |
| Daniel B. Kinsey<br>304 E. Harrison<br>Wheaton, IL 6018<br>d.kinsey@kinsey.com | Email |
| Dr. Thomas Gibbs<br>Glen Park Dental LLC<br>26 N. Park Blvd.<br>Glen Ellyn, IL 60137 | U.S. Mail |
| Fritz K. Huszagh<br>3841 Brittany Road<br>Northbrook, IL 60062<br>fhuszagh@fkhlegal.com | Email |
| Intellias<br>P.O. Box 1269<br>Allen, TX 75013-8043<br>cmitchell@intellias.com | Email |
| Mandolino Investments<br>617 S. Club House Road<br>Virginia Beach, VA 23452<br>g.henson@kinsey.com | Email |
| Mike Nitka<br>6N422 Foley Lane<br>Saint Charles, IL 60175<br>m.nitka@kinsey.com | Email |
| Mike Oswald<br>45 Sunset View Road<br>Deer Park, IL 60010<br>m.oswald@kinsey.com | Email |
| Minds At Meet Consulting, LLC<br>1446 Woodbine Street<br>Clearwater, FL 33755<br>a.rowe@kinsey.com | Email |
| Nicode Tech, LLC<br>1400 Veterans Memorial Pkwy # 134<br>Mableton, GA 30126 | U.S. Mail |
| Northwestern Mutual Life<br>1475 E. Woodfield Road Suite 900<br>Schaumburg, IL 60173<br>john.tibensky@nmfn.com | Email |

| Recipient | Service Method |
|---|---|
| The Hanover Insurance Group<br>PO Box 580045<br>Charlotte, NC 28258-0045<br>TJ.Connors@thehortongroup.com | Email |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: KINSEY & KINSEY, INC., | Chapter 11 |
| | Case No. 22 BK 6775 |
| Debtor, | Honorable Carol Doyle |
| | Hearing Date: June 30, 2022 |
| | Hearing Time: 10:00 a.m. |

## BELLIN MEMORIAL HOSPITAL, INC.'S
## MOTION TO CONDUCT RULE 2004 EXAMINATIONS OF
## THE DEBTOR AND ITS TWO OWNERS, BRADLEY KINSEY AND DANIEL KINSEY

Creditor and party in interest Bellin Memorial Hospital, Inc. ("Bellin"), through undersigned counsel, respectfully moves this Court to enter an order authorizing discovery from debtor and debtor in possession Kinsey & Kinsey, Inc. (the "Debtor"), and its two owners, Bradley Kinsey and Daniel Kinsey. In support of this motion, Bellin states as follows:

1. This is a core proceeding under 28 U.S.C. §157(b)(2)(A).

2. Movant is the Debtor's largest creditor, Bellin. This motion is brought pursuant to Fed. R. Bankr. P. 2004.

3. On June 16, 2022 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. On June 22, 2022, Bellin filed its motion to dismiss or convert this case under Section 1112(b) of the Bankruptcy Code, or, in the alternative, to remove the Debtor as debtor in possession for cause under Section 1185(a), [Docket No. 16] (the "Motion to Dismiss").

5. As detailed in the Motion to Dismiss, the Debtor and its insiders appear to have engaged in misconduct prior to the Petition Date. The Debtor also made material omissions in its filing papers. Such misconduct and omissions include the following:

- Gratuitous prepetition transfers to or for the benefit of Daniel Kinsey and Bradley Kinsey, the Debtor's two owners, of over $793,000;

- Violations of the citation issued to the Debtor by the DuPage County Circuit Court, including unlawful expenditures of over $716,000;

- False certifications made to the Small Business Administration (the "SBA") in connection with the Debtor obtaining an SBA loan of $200,000 on March 31, 2022;

- Failure to disclose over $120,000 of gratuitous transfers to or for the benefit of Daniel Kinsey and Bradley Kinsey; and

- Failure to disclose over $734,000 of prepetition transfers during the preference period.

Further details and supporting documentation for these claims is set forth in the Motion to Dismiss.

6. In addition, Bellin learned for the first time at the hearing on June 23, 2022, that the Debtor has entered into an indemnity agreement with its insurer, Philadelphia Indemnity Insurance Company ("Philadelphia"). Based on comments by the Debtor's counsel, as well as Philadelphia's lawsuit against Bellin in separate federal action, Bellin believes that this indemnity agreement may requires Philadelphia to pay Bellin's judgment. The Debtor has not previously disclosed the existence of this indemnity agreement, including in its schedules and statements filed in this case. Such an agreement is a potential source of funds for consummating a plan, and in any event is related to the Debtor's financial condition and the potential formulation of a plan.

7. Bellin seeks to examine the Debtor, Daniel Kinsey, and Bradley Kinsey regarding the above-referenced misconduct and the indemnity agreement between the Debtor and Philadelphia. This examination serves several purposes: (a) to investigate potential fraudulent transfer actions against Daniel Kinsey and Bradley Kinsey that could net over $793,000 to the Debtor's estate; (b) to investigate preferential payments that, if actionable, could net over $734,000

to the Debtor's estate; (c) to investigate the indemnity agreement with Philadelphia as a potential source of funds to pay off Bellin's judgment and resolve the central dispute driving this chapter 11 case; and (d) to investigate misconduct of the Debtor and its insiders that justifies the relief requested in the Motion to Dismiss.

8. To those ends, Bellin seeks to conduct discovery of the Debtor, Daniel Kinsey, and Bradley Kinsey, and requests authority to do so under Fed. R. Bankr. P. 2004, including the production of documents related to the above-referenced transactions and attendance at an oral examination, if necessary.

WHEREFORE, Bellin requests the Court enter an order authorizing Bellin to conduct discovery of the Debtor, Daniel Kinsey, and Bradley Kinsey pursuant to Fed. R. Bankr. P. 2004, and for such other relief as is just and proper under the circumstances.

Dated: June 23, 2022                                         Respectfully submitted,

*/s/ Daniel R. Brown*

*One of the Attorneys for Bellin Memorial Hospital, Inc.*

Christopher J. Barber (ARDC # 6192190)
Daniel R. Brown (ARDC # 6299184)
Williams & John Ltd.
233 S. Wacker Dr., Ste. 6800
Chicago, IL 60606
Phone: 312.443.3200
Fax: 312.630.8500

3