**Fill in this information to identify the case:**

Debtor name: **Kinsey & Kinsey, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **22-06775**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Byline Bank | Checking - General | 6336 | $7,272.78 |
| 3.2. | Providence Bank | Checking - General | 6193 | $8,652.31 |

4. Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Undeposited checks. | $248,856.93 |

5. **Total of Part 1.**    $264,782.02
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

Debtor  **Kinsey & Kinsey, Inc.**                                    Case number *(If known)* **22-06775**
Name

7.1. **Prepaid expenses**                                                                                           $17,792.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Prepaid IL income tax**                                                                                      $11,916.00

9. **Total of Part 2.**                                                                                             $29,708.00
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old:     736,297.97      -      240,986.83     =....      $495,311.14
                          face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                            $495,311.14
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property                         page 2

Debtor **Kinsey & Kinsey, Inc.**                                    Case number *(If known)* **22-06775**
       Name

| | | | | |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture and fixtures. | Unknown | Liquidation | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, printers telephone system and copy machine. | Unknown | Liquidation | $4,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                                                    $6,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2019 Audi 6 | $10,000.00 | N/A | $42,863.00 |
| 47.2. 2012 Volvo C 70 | $13,000.00 | N/A | $13,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                                    $55,863.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

| Debtor | Kinsey & Kinsey, Inc. | Case number (If known) 22-06775 |
|---|---|---|
| | Name | |

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

### Part 9: Real property

54. Does the debtor own or lease any real property?

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties<br>Developed/owned software; maintenance 2021 | $0.00 | | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |
| 66. | Total of Part 10.<br>Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ■ No
   ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

Current value of debtor's interest

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4

| Debtor | Kinsey & Kinsey, Inc. | Case number *(If known)* 22-06775 |
|---|---|---|
| | Name | |

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   Potential claim against Philadelphia Indemnity Ins., Co. for breach of insurance contract (amount of claim currently unknown).                                                                  Unknown
   Nature of claim      Breach of contract, possible bad faith and estoppel
   Amount requested     $0.00

   Potential avoidance claims agianst Brad Kinsey and Dan Kinsey.                                                                                                                                 Unknown
   Nature of claim      Avoidance action
   Amount requested     $672,360.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                                                                                                        $0.00
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor **Kinsey & Kinsey, Inc.**
Name

Case number *(If known)* **22-06775**

### Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $264,782.02 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $29,708.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $495,311.14 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $6,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $55,863.00 | |
| 88. Real property. *Copy line 56, Part 9.*................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $851,664.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $851,664.16 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kinsey & Kinsey, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 22-06775 |

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>ABH Technologies, Inc.<br>8961 Gentle Mist Circle<br>Heather Bindbeutel<br>Ooltewah, TN 37363-3000<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $26,425.00 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>Accurate Office Supply<br>260 Gerzevske Lane<br>Carol Stream, IL 60188-2049<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $37.62 |
| 3.3 | Nonpriority creditor's name and mailing address<br>Amen Consulting<br>7323 S. Syracuse Street<br>Centennial, CO 80112<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $957.37 |
| 3.4 | Nonpriority creditor's name and mailing address<br>Applesauce Consulting, Ltd.<br>2639 Lee Drive<br>Pleasant View, TN 37146-8028<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $22,024.00 |

| Debtor | Kinsey & Kinsey, Inc. | Case number (if known) 22-06775 |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Atos Digital Health Solutions, Inc.<br>PO Box 78000<br>Dept 772066<br>Detroit, MI 48278-1177 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt** | $525.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Brad Kinsey<br>668 Essex Road<br>Glen Ellyn, IL 60137 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Loans** | $376,393.90 |
| | Date(s) debt was incurred **May and June 2022**<br>Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Fritz K. Huszagh<br>3841 Brittany Road<br>Northbrook, IL 60062 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt** | $7,815.50 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Intellias<br>P.O. Box 1269<br>Allen, TX 75013-8043 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt** | $500.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Mandolino Investments<br>617 S. Club House Road<br>Virginia Beach, VA 23452 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt** | $4,084.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Mike Nitka<br>6N422 Foley Lane<br>Saint Charles, IL 60175 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt** | $125.99 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Mike Oswald<br>45 Sunset View Road<br>Deer Park, IL 60010 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt** | $593.36 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Kinsey & Kinsey, Inc. | Case number (if known) | 22-06775 |
|---|---|---|---|

### 3.12
**Nonpriority creditor's name and mailing address**
Minds At Meet Consulting, LLC
1446 Woodbine Street
Clearwater, FL 33755

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,500.00

### 3.13
**Nonpriority creditor's name and mailing address**
Nicode Tech, LLC
1400 Veterans Memorial Pkwy
# 134
Mableton, GA 30126

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$9,545.00

### 3.14
**Nonpriority creditor's name and mailing address**
Northwestern Mutual Life
1475 E. Woodfield Road
Suite 900
Schaumburg, IL 60173

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,903.20

### 3.15
**Nonpriority creditor's name and mailing address**
The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,409.62

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 457,839.56 |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c | 5c. $ | 457,839.56 |