**Fill in this information to identify the case:**

Debtor name: **Kinsey & Kinsey, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **22-06775**

☒ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ 851,664.16

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................. $ 851,664.16

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................. $ 1,315,032.29

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 457,839.56

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b   $ 1,772,871.85